# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:17-10004-9-STA |
| DEMONTA HENNING, | ) |
| Defendant. | ) |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on July 17, 2017, Assistant United States Attorney, Victor Matt Wilson, appearing for the Government and the defendant, Demonta Henning, appearing in person, and with counsel, Daniel Taylor.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, OCTOBER 13, 2017 at 11:00 A.M., before Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 17th day of July, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT